IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WALTER CLEMENTS                                                              PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:23-cv-00341-HTW-LGI

STATE FARM FIRE AND CASUALTY COMPANY                                        DEFENDANT

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the motion *ore tenus* of the parties to dismiss this matter with prejudice. The Court being advised that the issues in this case have been resolved, finds the motion to be well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that this action shall be and is hereby dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 30th day of October, 2023.

/s/ HENRY T. WINGATE
U. S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

Adam D. Woods, Esq. (MSB # 105060)
Attorney for Plaintiff

Michael F. Myers, Esq. (MSB # 3712)
Attorney for Defendant